**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

HOWARD PAGE, JR.,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　)　　C.A. No. 26-150-JLH-LDH
　　　　　　　　　　　　　　　　　　　)
ROBERT H. ROBINSON, JR., et al.,　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 12th day of June 2026:

WHEREAS, on February 10, 2026, Plaintiff Howard Page, Jr. filed this action *pro se* (D.I. 2) and proceeds *in forma pauperis*;

WHEREAS, on March 10, 2026, this case was referred to Magistrate Judge Laura D. Hatcher to hear and resolve all pretrial matters, up to and including the resolution of case-dispositive motions (D.I. 9);

WHEREAS, on May 13, 2026, Magistrate Judge Hatcher issued a Report and Recommendation ("R&R") (D.I. 10) recommending that Plaintiff's Complaint be dismissed without prejudice under 28 U.S.C. §§ 1915(e)(2), 1915A(b) because it fails to state a plausible claim on which relief may be granted; that Plaintiff be granted leave to file an Amended Complaint on or before June 10, 2026; and that the Clerk of the Court is directed to close this case if Plaintiff does not both timely file an Amended Complaint and does not remit the initial partial filing fee of $4.34;

WHEREAS, no party filed objections pursuant to Federal Rule of Civil Procedure 72(b)(2) in the prescribed period, and the Court finds no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that the R&R (D.I. 10) is ADOPTED. Plaintiff's Complaint is dismissed without prejudice, and Plaintiff is granted leave to file an Amended Complaint on or before June 26, 2026.  Failure to file the Amended Complaint or pay the partial filing fee will result in the case being closed.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE