## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD PAGE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-150-JLH-LDH |
| | ) | |
| ROBERT H. ROBINSON, JR., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington, this 14th day of July 2026, having dismissed Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2), 1915A(b), having granted leave to amend on or before July 1, 2026 (D.I. 12), and Plaintiff having not filed an Amended Complaint;

WHEREAS, on July 10, 2026, Magistrate Judge Hatcher issued a Report and Recommendation recommending the Clerk of Court close this case given Plaintiff not filing a Amended Complaint (D.I. 13);

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 13) is ADOPTED, and the Clerk of Court is directed to CLOSE the case.

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE